UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ANTHONY MINNIS

                                        CIVIL ACTION

VS.

                                        NO. 13-5-BAJ-RLB

BOARD OF SUPERVISORS, ET AL

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*


DEPOSITION OF MARK EWING


Taken on Tuesday, April 22, 2014
At the Law Office of
TAYLOR, PORTER, BROOKS & PHILLIPS
451 Florida Street
8th Floor, Chase Tower South
Baton Rouge, Louisiana   70801

REPORTED BY:   JANICE WELCH, C.C.R.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*


COURT REPORTERS OF LOUISIANA, LLC

9614 BROOKLINE AVENUE, SUITE A-1

BATON ROUGE, LOUISIANA 70809

PHONE: (225) 201-9650  \*  FAX: (225) 201-9651

E-MAIL: depos@courtreportersla.com

1    areas that report to me have changed off and on

2    during the years, but for the most part, human

3    resource, payables, receivables, collecting all the

4    money, making sure we spend it, travel, off and on

5    ticket office, off and on Facilities Services.  But

6    it's mostly anything that deals with money.

7         Q    And at LSU were you aware at anytime of

8    Mr. Minnis having some concerns about his salary?

9         A    I would say yes.

10        Q    What can you tell me about that.

11        A    I would say, you know, probably back

12   around 2008 he was concerned with salary.  I think

13   every coach is always concerned with their salary,

14   you know, others more, but I think he was -- from

15   time to time I would get questions from various

16   people, how we come up with it, so I guess he would

17   have asked me at some point in time.  A date, I

18   can't give you.

19        Q    That's okay.  What do you remember him

20   saying about the salary issue?

21        A    I think the most concerned I usually got

22   was our data was a little older than what they

23   would hear.  I think most coaches would talk to

24   their colleagues and get numbers and we would go

25   with the data base and it was older data probably.

1    They may have had more up to date numbers than us

2    and they may have had numbers that included things

3    that isn't just like base salary.  You know, it's

4    hard to compare apples to apples on the salaries

5    because some universities pay camps, consider that

6    salary, some don't.  Our camps are private.  Some

7    they include it in their salary, so it's always

8    been hard to say that this person and that person's

9    salary included the same things.

10        Q    In Tony's situation, you were aware, were

11   you not, that he was the only African-American head

12   women's tennis coach in the SEC; is that right?

13        A    I might not have been aware of it but,

14   you know, it's not something where I really knew

15   all the other coaches in the SEC, names or their

16   races.

17        Q    In roughly the 2008 time frame, who was

18   it that you remember first talking to you about

19   Tony having a salary issue or salary issues?

20        A    I guess I do recall one board meeting we

21   went to with the salaries, Ms. Dottie Reese asked a

22   question on the salary data we were presenting.

23        Q    And what salary data were you presenting

24   at the time?

25        A    Probably for whatever coaches' contracts

 1   were up at that time.  I can't recall who alls was

 2   there, you know, it's been awhile, but pretty much

 3   whenever we went to -- every year we went to

 4   contracts, especially the head coaches had to go to

 5   the board and sometimes we had to present it and

 6   sometimes we didn't.

 7        Q    Do you remember Ms. Reese asking

 8   specifically about Tony Minnis' salary?

 9        A    I remember asking questions about Coach

10   Minnis, yes, but I can't remember what the

11   questions were.

12        Q    Was this something that was out of the

13   blue or was it something you anticipated was

14   coming?

15        A    To me it wasn't unusual for that when we

16   would be there at the board meetings, and anytime

17   just in case a board member had a question on a

18   contract.  So I would say no, it wasn't unusual.  I

19   mean, I do remember asking, that's the only time I

20   remember his salary coming up.

21        Q    I am aware that some coaches at LSU get

22   supplements from the Tiger Athletic Foundation; is

23   that right?

24        A    The only coach that gets anything, it's

25   in their contract, is Coach Les Miles, he has

1    $500,000 he gets to go speak at Tiger Tour and

2    stuff like that, but there are no other coaches

3    that really get any funds from TAF, from Tiger

4    Athletic Foundation.

5        Q    And when Ms. Reese raised the issue, did

6    you address it at the board meeting or did you have

7    to go get some information?

8        A    Basically I addressed the information I

9    had on hand at that time.  I don't remember her

10   asking for us to get back with her.  If she did I

11   just don't recall.

12       Q    And the information you had on hand at

13   that time, was that dated information, older

14   information?

15       A    It was the latest information we had

16   available, you know.  Was it dated?  Probably

17   because just the nature of when we collect it.  We

18   don't collect -- most schools aren't going to tell

19   you what salaries are out there when they're

20   negotiating them.  And you're at the mercy of the

21   other school reporting the information in a timely

22   manner and that wasn't and still isn't always the

23   case.

24       Q    Was it your understanding at that time

25   that the information you presented to Ms. Reese and

```
 1    the Board of Supervisors had Tony being paid fifth

 2    in the SEC?

 3         A    I can't recall but I don't know, they

 4    have men at SEC that could probably let you know

 5    recordings.  It's been awhile.  But I just remember

 6    asking questions concerning it so I don't remember

 7    the specific question.

 8         Q    And are you aware of Ms. Nall doing

 9    salary surveys every year?

10         A    Yes, ma'am, basically they got some

11    Division 1 book that comes out and they ask for --

12    every year they ask for us to fill out our

13    information and a person collects it and he

14    compiles it and puts it in a book, or I think it's

15    online now, I don't even think it's in a book

16    anymore.

17         Q    And is that information something you

18    have access to?

19         A    Yes, we should have because if we're

20    supplying it we sure in the heck want to be able to

21    see others that supply.  And not necessarily

22    everybody gives that information but we were trying

23    to get some information from somewhere.

24         Q    When you spoke to the Board of

25    Supervisors or when the question was asked by
```

```
1    Ms. Reese, do you know if you looked at the most

2    recent salary survey or something else?

3         A    I would have looked at the most recent

4    information we had in the conference.  There were

5    two sets, there's a book, you talked about Ms. Nall

6    would fill out that information about, I don't

7    know, I guess around every October or something, it

8    comes at different times, and then there's the SEC

9    data, we just sort of had an ongoing data base but

10   you were sort of at the mercy, like I say, of other

11   schools updating their information.

12        Q    So if for example in the world of women's

13   tennis, SEC coaches don't leave that often, you

14   would have maybe their original salary but not what

15   they're making 20 years later.

16        A    Probably not that old but it's hard to

17   tell because when they would go in and change it,

18   and that's why, to me, you have both sources, you

19   have that source and you had the other book, so you

20   could sort of balance it out and see.  We were

21   always trying to improve the information we would

22   give because at time to time people put out and ask

23   questions about salaries so we were trying to get

24   away from answering so many calls for information.

25   Say, let's try and capture it in one data.  So it
```

1    wouldn't have been that old but it may have been a

2    year or two old.

3        Q    And when you were answering the question

4    and the Board of Supervisors are looking at

5    information, did you look at both sources, the SEC

6    ongoing data base and this book?

7        A    Most of the time we probably looked at

8    the SEC because that's who we compare to, and I

9    think conference wise we typically pay -- we're one

10   of the top paying in coaches' salaries in most

11   sports, but tennis also, we're very competitive and

12   Coach Minnis could say that too, that the SEC is

13   very competitive in the tennises.  I think pretty

14   much every support we got, we're -- so typically,

15   those salaries were some of your best salaries in

16   the country so it's better looked at, but it's

17   always good to have information from other schools

18   just to have it available.

19       Q    You were aware that sometimes Mr. Minnis

20   would bring his volunteer coach along for out of

21   town trips?

22       A    I wasn't aware but that's a possibility.

23       Q    And do you know who would pay the

24   expenses for his volunteer coach to go?

25       A    Typically at that time probably the

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ANTHONY MINNIS

                                CIVIL ACTION NO.

VS.

                                13-5-BAJ-RLB

BOARD OF SUPERVISORS, ET AL


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



DEPOSITION OF JULIA SELL


Taken on Tuesday, April 22, 2014
At the Law Office of
TAYLOR, PORTER, BROOKS & PHILLIPS
451 Florida Street
8th Floor, Chase Tower South
Baton Rouge, Louisiana   70801
REPORTED BY:  JANICE WELCH, C.C.R.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


COURT REPORTERS OF LOUISIANA, LLC

9614 BROOKLINE AVENUE, SUITE A-1

BATON ROUGE, LOUISIANA 70809

PHONE: (225) 201-9650  *  FAX: (225) 201-9651

E-MAIL: depos@courtreportersla.com

JULIA SELL                                          4/22/2014

1      Q      And was that the summer program?

2      A      It's the extension school's program, it's

3   night school.

4      Q      And how far did you get?

5      A      I think I took three classes.  I was only

6   there a year.

7      Q      And that was the night school?

8      A      Yes.

9      Q      Were you physically there or were you

10  doing it online?

11     A      No, I was physically there, I was the

12  assisting coach there.

13     Q      That was going to be my next question.

14  What coaching experience do you have?

15     A      I coached in Atlanta for four to five

16  years in private clubs, working junior academies

17  working with adults, children, all levels, all

18  ages.  I then went on and took the assistant job at

19  Harvard for a year.  I was there just one year

20  before taking the assistant job at Notre Dame, I

21  was there three years, before moving down to Boca,

22  where I was part-time at a country club and part-

23  time with the USTA.

24     Q      How did you get the job at Harvard for

25  the one year?

```
 1        A    I interviewed.
 2        Q    And you said you were in Atlanta for four
 3   to five years, that was at private clubs?
 4        A    Yes.
 5        Q    So it wasn't necessarily coaching a team,
 6   per se, was it individual lessons?
 7        A    Both, there's USTA teams, Alta teams,
 8   individual, privates.
 9        Q    And the USTA teams, were those like
10   league teams, for lack of a better phrase?
11        A    Yes.
12        Q    Like here in Baton Rouge, we have a
13   tennis league.
14        A    Yes.
15        Q    Different levels.  Okay, so you actually
16   coached a team or teams?
17        A    Yes.
18        Q    And was that more in the line of doing a
19   lesson for the team members?
20        A    It's both, you do the lesson, you go to
21   the matches with them, help them out.
22        Q    And then you went to Harvard for one
23   year.  Why did you leave?
24        A    I had a better job opportunity, better
25   program, more pay.
```

```
 1        Q    And this was at Notre Dame?
 2        A    Yes.
 3        Q    How did you hear about the job at Notre
 4   Dame?
 5        A    The coach called me.
 6        Q    Which is whom?
 7        A    Jay Louderback.
 8        Q    Spell that last name, please.
 9        A    L-o-u-d-e-r-b-a-c-k.
10        Q    I'm assuming you knew Mr. Louderback from
11   before?
12        A    I did.
13        Q    And how was that, how did you know him
14   from before?
15        A    My sister played at Notre Dame and he
16   recruited me, and being in the coaching world, I
17   would see him at tournaments recruiting when I was
18   at Harvard.
19        Q    And did you give notice to the people at
20   Harvard when you left?
21        A    Yes.
22        Q    And your salary at Harvard was what?
23        A    I don't remember, I would have to look.
24        Q    What was your salary at Notre Dame?
25        A    I don't remember, I'd have to look.
```

1       Q    Any idea, was it less than 50,000, more
2   than 50,000?
3       A    I know at Harvard -- at both places I was
4   given incremental raises.  I think I started, it
5   was like 43, 44, but then I had other add-ons with
6   camp and what not.
7       Q    And any idea what your ending salary was
8   at Notre Dame, not with the camps but just your
9   salary?
10      A    I'd have to look back at my taxes to be
11  sure, I remember at Notre Dame I think it was like
12  55, 60.
13      Q    And why did you leave Notre Dame?
14      A    At the time I was dating my now husband
15  and we had been long distance for two years and you
16  know, I was at the point, I was a finalist for the
17  Texas A&M job and if I got that job he was going to
18  move to be with me, and when I didn't I felt like I
19  just couldn't do the distance anymore so I moved to
20  be with him.
21      Q    Okay.  So while you were at Notre Dame
22  you continued to interview jobs at other colleges
23  and universities?
24      A    Correct.
25      Q    And did you tell the Notre Dame people

1      that, that you were still interviewing?

2          A    Yes.

3          Q    You said you were the finalist for a

4      Texas A&M job, was that a head coach or an

5      assistant job?

6          A    Head coaching.

7          Q    And you didn't get that position; am I

8      right?

9          A    Correct.

10         Q    Anywhere else that you interviewed as a

11     head coach or for a head coach?

12         A    I was offered the job at Mississippi

13     State and turned it down, I was a finalist at Wake

14     Forest, and I've done multiple phone interviews.  I

15     was also offered the South Carolina job the same

16     week I was offered this job.

17         Q    What was the offer at Mississippi State,

18     if you remember?

19         A    Wow.  I don't remember specifics, I think

20     the starting base was 90 plus.  There were perks

21     and add-ons and incentives but I don't remember all

22     the details.

23         Q    Why did you turn that job down?

24         A    I did not want to live in Starkville,

25     Mississippi.

```
 1        Q     And then you said you were actually
 2   offered the job at South Carolina?
 3        A     Yes.
 4        Q     Who offered it to you?
 5        A     Judy Vanhorn.
 6        Q     I'm going to show you a document which
 7   we're going to mark and attach for identification
 8   as Exhibit #43, I believe.
 9              I received some e-mails last night, just
10   so you know, in supplement of, I suppose to our
11   discovery.  It's a two page e-mail it looks like
12   from Vanhorn to you and it's dated May 29, 2012.
13   Is that the e-mail you're talking about?
14        A     Yes.
15              (The document referred to by counsel was
16              marked and attached to the deposition as
17              Exhibit #43.)
18   BY MS. CRAFT:
19        Q     And is that the job offer?
20        A     Yes, we discussed it by phone.  This is
21   the written offer of what we discussed.
22        Q     Okay.  Was anybody else offered the South
23   Carolina job at the same time as you were?
24        A     I'm unaware of that.
25        Q     Why did you not take the job at South
```

```
 1    Carolina?
 2         A    I wanted to be at LSU.
 3         Q    Why?
 4         A    I felt this was a better school, I
 5    thought it had better resources, I thought I could
 6    be more successful here.  I liked Baton Rouge a lot
 7    better and at the time their AD was not present,
 8    they were going through an AD change.
 9         Q    I'm sorry, say that again.
10         A    Their athletic director at the time was
11    in and out, he wasn't sure what he was doing,
12    whether he was staying or whether he was going.
13         Q    At South Carolina?
14         A    Correct.
15         Q    On the second page of Exhibit #43 there's
16    a reference to the athletics director, this is the
17    athletics director you were saying was in and out?
18         A    Where are you looking?
19         Q    It says, "New facility, new office
20    overlooking the tennis facility, new athletics
21    village, student-athlete centered and coach valued
22    culture, a highly competitive yet driven athletics
23    director who is hands down the best I know."
24    That's the AD you're talking about being in and
25    out?
```

```
 1          A    He left that job that year, so yes.
 2          Q    He left that job that year after the
 3    e-mail that you received dated May 29?
 4          A    Correct.
 5          Q    So did you know he was going to leave the
 6    job?
 7          A    I did not.
 8          Q    So I'm trying to figure out the business
 9    about you not taking the job at South Carolina
10    because the athletics director was in and out.
11    Where did you get that knowledge from?
12          A    I'm sorry, I don't agree with the premise
13    of the question.  I didn't take the South Carolina
14    job for multiple reasons, one of the reasons being
15    I felt like there was something going on with the
16    AD, he wasn't there when I was interviewing so I
17    thought that was a little odd, and later he did
18    leave South Carolina.
19          Q    Did Ms. Vanhorn tell you there was some
20    issue with the athletic director?
21          A    No.
22          Q    Now, you were in Boca Raton; is that
23    right?
24          A    Yes.
25          Q    And you were giving private lessons at
```

```
 1    country clubs?

 2         A    Ibis Country Club.

 3         Q    Spell it for me, please.

 4         A    I-b-i-s.

 5         Q    So you left the coaching world altogether

 6    and went back to giving private lessons?

 7         A    No, I was working for the USTA as a

 8    regional training center coach; I was making money

 9    on the side when I was home at Ibis.  The job with

10    USTA is constant travel, so when I was in town I

11    would teach private lessons.

12         Q    So how long did you work for the USTA?

13         A    It was kind of the entire year.  I don't

14    remember the exact start date but I had done work

15    with them before when I was at Notre Dame, I

16    coached their USTA summer team, so I had always

17    kind of helped them out in some capacity.  So when

18    I moved down there they asked me to help them out

19    with the reginal training centers.

20         Q    So you worked for the USTA for a year or

21    less than a year?

22         A    Again, I would have to look back, I don't

23    remember my first official weekend working for

24    them.  I moved that summer.

25         Q    The summer of what year?
```

```
 1         A      Let's see, I guess it was 2011.
 2         Q      So in the summer of 2011 you left South
 3   Bend, right, Notre Dame?
 4         A      Yes.
 5         Q      And you moved to Boca Raton.
 6         A      Yes.
 7         Q      And then you made contact with the USTA
 8   or somehow there was contact with the USTA and then
 9   you got this regional training center coach job?
10         A      Correct.
11         Q      And you did that job for less than a
12   year?
13         A      Correct.
14         Q      And was that a part-time job or a
15   full-time job?
16         A      Part-time.
17         Q      So how many hours a week were you the
18   part-time regional training center coach?
19         A      The position -- you're not understanding.
20   The position is to go to a location for a weekend
21   and you train the coaches there, you train the
22   junior coaches on how to coach their players.  So
23   you get asked to go one weekend a month somewhere,
24   two weekends a month.  It would vary depending on
25   what they needed.  I don't remember exactly how
```

```
 1    many I went to or when I went, it's not a go-into-
 2    the-office type of position, it's a go here for
 3    this weekend and teach these coaches how to teach
 4    their own players.
 5         Q    And you said it was dealing with junior
 6    coaches?
 7         A    Yes.
 8         Q    So those would be kids?
 9         A    Yes.
10         Q    And then the private lessons at Ibis
11    Country Club, that was also part-time?
12         A    Correct.
13         Q    And that would be whenever somebody would
14    request you to give them a lesson as opposed to
15    somebody else?
16         A    No, the head pro there would give me
17    certain team lessons and group lessons and then I
18    was always available to be signed up for with
19    private lessons.
20         Q    So did you do that Monday or Tuesday
21    through Friday?
22         A    Coaching is a seven day a week job.
23         Q    So you would give private lessons at Ibis
24    Country Club and one or two weekends a month the
25    USTA would contact you and send you to coach who,
```

```
 1    coach kids?

 2         A    Yes.

 3         Q    And so why did you leave collegiate

 4    coaching?

 5         A    To be with my husband.

 6         Q    Did you interview for any positions in

 7    Florida, coaching positions, colleges?

 8         A    I interviewed to go be an assistant but I

 9    felt like that was a step backwards at FAU, I was

10    going to volunteer my time there while I was there,

11    but again, I felt like it wasn't really going to

12    benefit me in any way.

13         Q    A step backward how?

14         A    It's, you know, an unpaid position, they

15    don't have the money to pay an assistant so I was

16    going to volunteer to stay involved in college

17    coaching because that's my passion but it's an

18    unpaid position where it's at a lesser program.  I

19    had already been at Notre Dame and Harvard, I had

20    been to two Final Fours, it really wasn't going to

21    help my resume in any way so I decided to go with

22    the USTA, which is resume-building and it's

23    learning.  I decided to go with the way that would

24    increase my resume.

25         Q    When you were at Harvard for the one
```

```
 1   year, they made the Final Four?

 2        A     No, ma'am.

 3        Q     How did they do when you were there for

 4   the one year?

 5        A     We were pretty bad, we were one in -- I

 6   don't even know what the record was, we didn't do

 7   very well.  That was also a turn-around program

 8   where the head coach had just come in the same year

 9   I had.

10        Q     And then you went to Notre Dame for the

11   three years as an assistant coach?

12        A     Yes.

13        Q     And how did they do?

14        A     We went back to back Final Fours.  I

15   think our year-end ranking, two of the years in the

16   top ten, one of the years was in the top 25, we had

17   multiple All Americans, we set program records.

18        Q     You were there only three years, would it

19   be fair to say that somebody else did the

20   recruiting for that program?

21        A     We shared recruiting responsibilities.

22        Q     You and the head coach at Notre Dame, Mr.

23   Louderback?

24        A     Yes.

25        Q     And how long had he been at Notre Dame
```

```
 1    before you came on as an assistant?
 2         A    I believe it was 20 or 21 years.
 3         Q    So he had been there a long time.
 4         A    Yes.
 5         Q    And the back to back Final Fours, that
 6    was in the first two years of your assistant job at
 7    Notre Dame?
 8         A    Yes.
 9         Q    And then how did you do the last year you
10    were there as an assistant?
11         A    I think we lost -- I know we lost the
12    regionals, I think we finished top 25 but I would
13    have to check back on the rankings to see exactly.
14         Q    Okay, and how much were you making at the
15    USTA?
16         A    They would pay you a lump sum per
17    weekend.  I think it was like 3,500 per weekend.
18         Q    And then how were you doing in the
19    private lessons?
20         A    I'm trying to remember what I made there.
21    You got a percentage of your lesson money and I
22    don't remember what that percentage was.
23         Q    So how did you find out about a potential
24    job at LSU?
25         A    Eddie Nunez called me.
```

```
 1    He was very experienced, I think maybe his was
 2    around 50 and he has a car allowance.  So I don't
 3    know the exact totals.
 4         Q    Do you know how much money was alloted
 5    for Mr. Minnis' assistant coach?
 6         A    I know they told me at some point when I
 7    was trying to hire Amine but I don't remember the
 8    number.
 9         Q    But it was less than what Amine got hired
10    for, correct?
11         A    I believe so.
12         Q    Did you ever ask why?
13         A    They told me it was based on experience.
14    Amine is very experienced, he's been a head coach,
15    he's running a federation, I mean, there's really
16    not much he hasn't done.  He's more experienced
17    than 99 percent of the assistants in the country.
18         Q    And he's more experienced than you; am I
19    right?
20         A    No.  I mean, he was more in D2, he was on
21    the men's side for a long time, so his experience,
22    he's had head coaching experience but he hasn't had
23    championship experience.
24         Q    Have you had championship experience?
25         A    Yes.
```

1        Q     In what respect?

2        A     I played on a championship team in

3   Florida, I lost in the finals one year when I was

4   at Florida; I helped coach two back to back teams

5   through Final Fours at Notre Dame.

6        Q     Okay.  And Mr. Boustani has none of that?

7        A     I think he won some in D2 when he was at

8   Drewry.

9        Q     At where?

10       A     He coached at Drewry.  I believe he won

11  it, I don't know his full record, I don't remember

12  it, but they were always top ten teams, and then he

13  was at VCU for a year, which is always a good

14  women's program, and then he accepted this position

15  in the Qatar Federation.

16       Q     When you came to LSU, did anyone at LSU

17  talk to you about their plans to build an indoor

18  tennis facility?

19       A     Yes.

20       Q     Who?

21       A     Everyone, Eddie, Joe, Miriam.

22       Q     What did they say?

23       A     They showed me the plans and said this

24  was something they were going to do in the next few

25  years.

```
 1        Q    Did they tell you how long it had been
 2   something that Mr. Minnis had requested?
 3        A    No.
 4        Q    Did they tell you how long it had been
 5   something Mr. Brown had requested?
 6        A    No.
 7        Q    How hard was it to recruit without an
 8   indoor facility at LSU?
 9        A    Not very hard.
10        Q    You haven't had any issues with missed
11   practices or anything?
12        A    We have some missed practices.
13        Q    And I understand at some point in time
14   you allowed or have been allowing your team to
15   practice indoors at the Independence Park facility?
16        A    Yes, sometimes when it rains we go there.
17        Q    And it's true, is it not, that that
18   facility is not really conducive to female play,
19   right?
20        A    Incorrect.
21        Q    You have no issues with that facility?
22        A    No, it has -- you know, it's not perfect,
23   it's not a complete court, not full court, but you
24   can still get a good workout, you can still work on
25   specific things in there.
```

```
1        Q    What do you mean it's not a full court?
2        A    You know, the spacing is not correct, but
3   the spacing is not correct in a lot of places.
4        Q    The spacing, you mean between the
5   baseline and the wall?
6        A    Yes.
7        Q    And don't most female players play at the
8   baseline?
9        A    As a generalization.  Some do, some
10  don't.
11       Q    So when you take your team and you
12  practice at Independence Park, and correct me if
13  I'm wrong, you may be focusing on only specific
14  skills, like serving, right?
15       A    No, we do a little bit of everything.
16  You obviously can't back up too far so they're
17  working on staying on the baseline a little more,
18  but you have enough room to back up and hit your
19  normal rally ball.
20       Q    You don't have any safety concerns for
21  your female players, for example, playing a
22  complete match indoors there?
23       A    I would not play a complete match indoors
24  there because of the spacing.  There's only two
25  courts, I wouldn't want to play a match on two
```

```
 1    courts but I don't have any other safety concerns
 2    besides that.
 3         Q    And did you understand that the women's
 4    tennis team used to work out at the Country Club of
 5    Louisiana, their indoor facility?
 6         A    My understanding was that they had been
 7    there once and that they had burned that bridge and
 8    not allowed back.
 9         Q    Who told you that?
10         A    Donny Leaycraft told me that, people
11    within the university had told me that.  I had
12    heard that from multiple people, even the girls on
13    the team.
14         Q    Who at the university told you that?
15         A    I remember Jeff saying that the
16    relationship was strained, I remember Eddie saying
17    it was strained.
18         Q    And when did you talk to Mr. Leaycraft
19    about it?
20         A    We went out to lunch.
21         Q    Who?
22         A    Myself, Donny, my husband and one of his
23    pros.
24         Q    One of the CCL pros?
25         A    Yes.
```

1    type of communication between me and the player, at

2    least a verbal, are they good, are they not.  You

3    know, if I see someone is down I'll ask them what's

4    going on.

5         Q    If administration had known that one of

6    your student athletes had an alcohol issue, would

7    you have expected administration to share that

8    information with you?

9         A    No.

10        Q    You wouldn't want to know if you had a

11   student athlete with a drinking issue?

12        A    I prefer to judge people as I interact

13   with them, and when I spoke to them over the summer

14   they had told me how unhappy they were and they

15   wanted change and they were so excited, I really

16   didn't want to know kind of what happened before

17   me, I just wanted to judge them based on my

18   relationship with them.

19        Q    I'm sorry, my question was, today, if

20   administration at LSU, athletic administration,

21   knew that one of your players had a drinking issue,

22   wouldn't you expect them to tell you about it?

23        A    No.

24        Q    Okay.  Now, you mentioned Wake Forest a

25   couple of times.  You were offered a job at Wake

```
 1    Forest?

 2         A    No, as a finalist.

 3         Q    And did they discuss salary with you?

 4         A    Yes.

 5         Q    What did they discuss with you?

 6         A    Theirs was a little lower, I believe

 7    there's was in the 80s, but again, I never got the

 8    actual offer so we never got into any other

 9    specifics besides a range.

10         Q    And then South Carolina was at least 90?

11         A    Uh-huh.

12         Q    Right?  You have to answer out loud.

13         A    Yes.  I'm sorry.

14         Q    And Texas A&M was how much?

15         A    They told me that it was low hundreds.

16         Q    Are they in the SEC now?

17         A    Yes, they are.

18         Q    So do you have a sense in the SEC as to

19    what the lowest salary is for a head women's tennis

20    coach?

21         A    No.  Again, I had heard some people, even

22    on the men side, I heard some started in the 60s so

23    I knew it was anywhere in that range, and a lot of

24    starting salaries nationwide can be 60 or 65, just

25    depending on who they hire and how they feel about
```

1    it or what school it is.  So there's always a big

2    range.

3         Q    Mississippi State, you were offered the

4    job there, right?

5         A    Yes.

6         Q    And how much did they offer you?

7         A    Ninety.

8         Q    So at least four SEC schools, if we

9    include LSU, it's Texas A&M, LSU, Mississippi State

10   and South Carolina, of those four the lowest was

11   like 90, right?

12        A    Yes.

13        Q    And I think you said you're still friends

14   with or know the coach at Florida?

15        A    Yes.

16        Q    The head women's coach?

17        A    I played under him for two years.

18        Q    Do you know whether or not he makes more

19   than 90?

20        A    I do not.

21        Q    And I know I asked you this, I just want

22   to be thorough.  But in terms of NCAA violations,

23   you have the two with the texts that you do

24   remember that you got something for and then the

25   drinking girl situation you got something for,

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


*********************************************

ANTHONY MINNIS

CIVIL ACTION

VS.

NO. 13-5-BAJ-RLB

BOARD OF SUPERVISORS, ET AL

*********************************************


DEPOSITION OF JEFFREY BROWN


Taken on Tuesday, April 22, 2014
At the Law Office of
TAYLOR, PORTER, BROOKS & PHILLIPS
451 Florida Street
8th Floor, Chase Tower South
Baton Rouge, Louisiana   70801

REPORTED BY:   JANICE WELCH, C.C.R.

*********************************************


COURT REPORTERS OF LOUISIANA, LLC

9614 BROOKLINE AVENUE, SUITE A-1

BATON ROUGE, LOUISIANA 70809

PHONE: (225) 201-9650  *  FAX: (225) 201-9651

E-MAIL: depos@courtreportersla.com

1              If you don't know, you can say you don't

2       know.

3              A     I don't know, for sure.

4              Q     Can you walk me through your salary

5       progressions from the head coach position?  In

6       other words, did you get a raise pretty much every

7       year?

8              A     From the beginning -- from my first year

9       in head coaching -- for a few years I did, as we

10      were very successful, getting Final Fours and

11      winning the SEC, so I think there's some big jumps

12      at the beginning.  And then there was, whatever the

13      state allowed me, the cost of living, so there's

14      generally a raise up to the point that that was

15      removed from the structure.  A raise came later in

16      my career when the Texas A&M job came open, they

17      were looking for a coach and I got involved in that

18      process and it was down to the final two, so

19      there's a pretty substantial raise at that point.

20             Q     What year was that?

21             A     I was trying to think.  It might have

22      been '07, right around '07.

23             MS. CROCHET:

24                   I didn't hear you, I'm sorry.

25             THE WITNESS:

```
 1    program than he did for the women's tennis program?
 2         A    No.
 3         Q    Do you believe that he did have a lower
 4    expectation for you than he did for Tony?
 5         A    I don't know.
 6         Q    In the last five years you and Tony were
 7    the head coaches for men's and women's tennis.
 8         A    Yes.
 9         Q    Is it true that y'alls records were
10    almost identical?
11         A    I don't know.
12         Q    Would it surprise you?
13         A    Not really.
14         Q    Since you've been the head men's tennis
15    coach, have you had occasions where you've had
16    secondary violations, NCAA minor violations?
17         A    I believe so.  I'm not sure, I assume so.
18    I can't recall any but I know we all tend to have
19    something that comes up.
20         Q    Have you ever been reprimanded for having
21    an NCAA minor violation?
22         A    I believe so.
23         Q    Who reprimanded you?
24         A    Compliance department.
25         Q    Is that a guess on your part or something
```

```
 1    care what you have to say, they could care less
 2    about you, they don't like you, anything like that?
 3         A    Occasionally.
 4         Q    And have any parents to your knowledge of
 5    your players ever complained to administration?
 6         A    I'm not sure but I would assume so.
 7         Q    Have any of your players to your
 8    knowledge ever gone behind your back to
 9    administration to complain about you?
10         A    I don't know.
11         Q    Did you ever receive any first responder
12    training while you've been at LSU?
13         A    Yes.
14         Q    When?
15         A    A month ago and then two years prior to
16    that.
17         Q    So roughly 2012?
18         A    Yes.
19         Q    Is that after Tony was no longer at LSU?
20         A    Yes.
21         Q    Do you know if it was as a result of any
22    complaints or issues that Tony expressed that you
23    had to do that first responder training?
24         A    I don't know the reason.
25         Q    When Tony had the issue with the player
```

```
1        Q    And has that always been the case?
2        A    Not always, I mean, I've been there 18
3   years so at the beginning there was a different, it
4   might have been -- it's gotten very professional
5   with the trainers at every practice and match, and
6   travel with us except when there's a tournament
7   that provides it.
8        Q    And is that something you said that was
9   different from when you first started at LSU,
10  right?
11       A    Well, I just don't -- this is going back
12  a long time ago, I'm just trying to think if we
13  always had -- with Coach Simmons we have an
14  assistant, had a trainer present, I don't recall
15  that, I just know things have changed along with
16  everything else as far as it becoming more
17  professionalized.
18       Q    Was there a meeting that you had with Joe
19  Alleva and Tony where basically Mr. Alleva called a
20  meeting, you guys walked in, he showed you some
21  plans and that was it about an indoor facility?
22       A    We did meet about the indoor, I don't
23  remember the part about him leaving, just showing
24  us the plans and leaving.  I don't recall that.
25       Q    Was it a long meeting or was it pretty
```

1    short?

2        A    It was a normal length meeting.

3        Q    And the indoor facility, as I understand

4    it, you sometimes use the Independence Park indoor

5    facility for the men's tennis team, right?

6        A    Correct.

7        Q    And did you ever have any conversations

8    with Tony as to why he did not prefer to use the

9    Independence Park facility?

10       A    Yes.

11       Q    What did he tell you?

12       A    Well, he had access to CCL, which is just

13   a better court area.  At Independence Park the

14   walls are relatively close and so the female game

15   style, they would tend to hit the walls with the

16   rackets a little more often than they liked, so he

17   preferred to practice at CCL.

18       Q    Was that a safety issue for the women

19   players?

20       A    I think there's always a safety issue in

21   the sense of tennis balls rolling behind the courts

22   that are outdoor facilitated or indoor.  I mean, I

23   don't know if the rackets hitting the walls is

24   considered a safety issue, everybody has their own

25   feeling about what's a safe place to practice.

```
 1          Q     You mentioned the Independence Park

 2   facility, would it be fair to say that it's not

 3   really conducive to women's play?

 4          A     I don't know.  It's not -- you couldn't

 5   play a dual match in there.

 6          Q     Meaning what?

 7          A     Meaning it's not of -- the measurements

 8   aren't up to it, but as far as for practice, you

 9   could practice there.  It's not a top Division 1

10   facility but you could certainly practice there.

11          Q     Would it be fair to say that women

12   players by and large are more baseline players than

13   men?

14          A     Yes.

15          Q     And as a baseline player, they need a

16   little bit more room behind the court line; is that

17   right?

18          A     Right.

19          Q     And that's not a Tony style of play,

20   that's in general terms a women's style of play,

21   correct?

22          A     Right.

23          Q     And you said Tony had access to CCL, do

24   you know how that came about?

25          A     Yes.
```

```
 1        Q     Okay.
 2        A     He's friends with Donny Leaycraft, a
 3   former LSU player and just had a good relationship
 4   with him, and you know, Donny was the director of
 5   tennis for several years and Tony was able to
 6   access it when Donny told him it was okay to come
 7   in there around the membership.
 8        Q     And the current coach, Coach Sell, was it
 9   your understanding, does she work her team out at
10   Independence?
11        A     She has, yes.
12        Q     On a regular basis or just occasionally?
13        A     Just as-needed, I mean, it's been a
14   relatively dry semester so we've both had limited
15   time over there this semester and this year.
16        Q     And do you know if her players have the
17   same problem with the walls being too close to the
18   lines?
19        A     I haven't had that discussion with her.
20        Q     Now, were you aware of Tony bringing some
21   complaints to administration about the resources
22   alloted to the women's program?
23        A     Resource meaning?
24        Q     Salaries, money, anything like that?
25        A     His salary?
```

```
 1    said there wasn't really a statement as to why he
 2    wasn't at LSU anymore and so they couldn't
 3    understand why he was -- what had happened, he
 4    wasn't able to explain it to them to the point
 5    where they were sure that something hadn't
 6    happened.
 7         Q    As I understand it, you and Tony went to
 8    administration a number of times about, we need an
 9    indoor facility at LSU, right?
10         A    Yes.
11         Q    And am I correct that LSU is the only SEC
12    school that didn't have an indoor facility for a
13    long time, right?
14         A    Of some standard, yes.  There was Auburn
15    in 2007 I think built and then Florida enclosed
16    theirs last year, that they had an indoor of some
17    sort, so yes.
18         Q    Here's why I'm asking, as I understand
19    it, LSU is currently undertaking the process of
20    building an indoor tennis facility, right?
21         A    Yes.
22         Q    But as I also understand it, you and Tony
23    have complained about the lack of an indoor
24    facility for ten years or better, does that sound
25    about right?
```

```
 1        A    Yes.

 2        Q    Did Mr. Nunez ever express to you any

 3   concerns that he thought Tony had or anything going

 4   on with Tony?

 5        A    No.

 6        Q    Your evaluations, have you ever gotten a

 7   not-meeting-expectations rating in any category?

 8        A    Yes.

 9        Q    What categories?

10        A    I mean, occasionally, I don't know if the

11   categories are titled exactly, but you know, like

12   success or something like that, The Athletics

13   Success I think it's called.  So occasionally in

14   that category.

15        Q    What about in recruiting?

16        A    I think I have before, probably.  Over

17   time I probably had needs improvement to some level

18   if we had some issues with some players or what

19   have you, but I can't exactly recall what year.

20        Q    Your evaluations would kind of tell us

21   that; am I right?

22        A    Yes.

23        Q    Do you think that -- you said that Tony

24   talked to you about some concerns that he had with

25   Judy Southard kind of going forward and he started
```

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ANTHONY MINNIS

                          CIVIL ACTION NO.

VS.

                          13-5-BAJ-RLB

BOARD OF SUPERVISORS, ET AL


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



DEPOSITION OF VERGE AUSBERRY


Taken on Tuesday, April 22, 2014
At the Law Office of
TAYLOR, PORTER, BROOKS & PHILLIPS
451 Florida Street
8th Floor, Chase Tower South
Baton Rouge, Louisiana   70801
REPORTED BY:   JANICE WELCH, C.C.R.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


COURT REPORTERS OF LOUISIANA, LLC

9614 BROOKLINE AVENUE, SUITE A-1

BATON ROUGE, LOUISIANA 70809

PHONE: (225) 201-9650  *  FAX: (225) 201-9651

E-MAIL: depos@courtreportersla.com

```
 1   and talk with them, or send them to that
 2   supervisor, but I never was a direct supervisor of
 3   Tony, I was always a friend of Tony, I always
 4   talked to him but never go into the portion where I
 5   was a supervisor.
 6        Q    Were there occasions where Mr. Minnis
 7   complained to you about his salary?
 8        A    I've never heard Tony talk -- I can't
 9   recall that but I've never heard him talk about his
10   salary with me.
11        Q    Did he ever complain to you or talk to
12   you about discrimination issues?
13        A    One time Tony did walk in my office and
14   talk to me about a situation but it was after a
15   meeting he had with, at that time his supervisor,
16   but it was not really a formal, it was nothing out
17   of the ordinary where somebody of minority,
18   African-American descent would come to me and say,
19   you know, I think that guy is prejudice, I think
20   that guy is this way.  It was not like I have this,
21   this is documented where this person has done
22   racist things or just toward me.
23        Q    Who was the supervisor he was complaining
24   about?
25        A    Judy Southard, J-u-d-y S-o-u-t-h-a-r-d.
```

```
 1        Q    And what do you recall Mr. Minnis telling
 2   you at that time?
 3        A    He just walked in my office.  I think
 4   Tony -- I'm trying to recollect my memory, I think
 5   Tony was upset over that meeting that went on.  My
 6   office is next door to her so it was very close.
 7   He just walked in my office and said, you know,
 8   Verge, I think she's racist, and I kind of just
 9   blew it off.  I said, Tony, Judy is not that way.
10   I have never experienced that with Judy, I've been
11   her next door office mate for six, seven years and
12   we had a great working relationship and she was one
13   of my mentors.  And I said, Tony, you know, just
14   work on doing your job, I think everything will
15   work out, but I don't think Judy is racist.  And
16   that was the end of that conversation.
17        Q    When was that?
18        A    I can't recall, I can't recall the exact
19   year or time.  I was still -- I feel I was still --
20   I don't know if Radakovich was still there or not,
21   or he had just left, but the time line escapes me,
22   to be honest with you.
23        Q    Was that the only time Tony ever talked
24   to you, even, and I'm going to say off the record,
25   about some concerns he had with certain people and
```

1  discrimination, maybe being racist?

2     A    Yes, that was our first and only time.

3  We talked about other things, about facility, you

4  know, helping him raise money.  He brought some

5  people for me to meet and I met with those people,

6  he and Jeff, but that's the only conversation we

7  had about issues like that.

8     Q    So would it be fair to say, when he had

9  that conversation with you it was out of the

10 ordinary?

11    A    I wouldn't say out of the ordinary, I

12 think it was just something he mentioned to me as a

13 friend, he walked in my office.  It was nothing

14 like -- I didn't hear it again afterwards after we

15 talked about it and I hadn't heard it before then.

16 So during my position I think a lot of

17 African-Americans, blacks, would come to me if they

18 would think there was an issue, think this person

19 is not being fair and some reasons, and my thing is

20 to work through it and see if there's an issue

21 there or there's just -- you know, I don't think

22 that's the issue.  Now, the person has the

23 individual right to push it farther if they have

24 to, but Tony and I never had a conversation after

25 that like, Verge, you know, I have this

```
 1   documentation where I think she is, Judy we're
 2   talking about, is racist or prejudice in a way.  So
 3   that was the only conversation he and I had about
 4   that.
 5       Q    So who were some of the other black folks
 6   at LSU that came to you with similar concerns or
 7   came to you and said, I'm concerned somebody is a
 8   racist, who are some of the other folks that did
 9   that?
10       A    I think there's been some situations
11   where I think it might be people, facilities, on
12   campus --
13       MS. CROCHET:
14            I'm sorry, I didn't hear you, I'm sorry.
15       A    Facility workers, facility workers,
16   people of that nature, and sometimes, to be honest
17   with you, Jill, there's been people that sometimes
18   their supervisors have been black and, you know,
19   he's not one of us or something of that nature, you
20   know, he's harder on the black employees than they
21   are the white employees.  Things of that nature
22   come up.  And usually, Jill, there's not enough
23   evidence there, facts to push it, because usually
24   I'll go talk to the supervisors and say look, this
25   person is saying this here, he thinks you're not
```