UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ANTHONY MINNIS | CIVIL ACTION
NO.: 13-5-BAJ-RLB

VERSUS

BOARD OF SUPERVISORS, ET AL.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DECLARATION OF DR. TIFFANY R. JONES, PhD. (CC-AASP)**

STATE OF GEORGIA

COUNTY OF Cobb

Pursuant to 28 U.S.C. §1746, I, DR. TIFFANY R. JONES, PhD. (CC-AASP), hereby state that the following is true and correct to the best of my knowledge:

1. I am writing in response to an article written by Glenn Guilbeau ("Guilbeau") entitled "No love lost in tennis coach lawsuit against LSU" published on July 5, 2014 for USA Today. In the article there is a segment that pertains to my work as a sport psychology consultant at LSU during which I consulted with Tony Minnis and his women's tennis team.

2. In the article, Guilbeau cited the following: "LSU's attorneys also said that a sports psychology consultant, Tiffany Jones, told associate athletic director Miriam Segar that the women's tennis team "was in crisis."" I would first like to say that I never told Ms. Segar that Coach Minnis' team was in crisis. Ms. Segar was the first to specifically use the term "in crisis" when she asked me questions regarding the state

of the team. I can clearly recall telling her both verbally and in a written report that Coach Minnis' team was not in crisis. Though the team was struggling, the struggles were no different to other Division I men and women's teams I have worked with from other institutions.

3. I would also like to comment on the following segment from the Guilbeau article: "I thought he had poor student-athlete management," Segar said in her deposition on April 9. "He didn't have a team that was healthy internally. He had girls that were wanting to quit the team (though none did). He had parents that were complaining about different things within the program. There was I guess a little bit of a faction on the team. Some of the girls I guess had different objectives within the team. I think the girls felt they could not talk to Tony about the issues."

4. Ms. Segar had expressed the same concerns with me while I was consulting at LSU, specifically with Coach Minnis' team. Though girls did want to quit, parents were complaining, and there were some factions on the team, in my experience, one could walk onto any college campus, work with any Division I team and receive the exact same feedback.

5. In my experience, if the coach has the support of the administration then most of the above identified team issues dissipate over time. Only when an administration provides a platform for complaining student-athletes and parents, does it make it difficult for a coach to manage their own team as I believe was the case with LSU administration and Coach Minnis' team.

This Declaration is made upon my personal knowledge. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the __10__ day of July, 2014.

_____
DR. TIFFANY R. JONES, PhD.